JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **BLACK TIE GROUP, LLC,**<br><br>         Plaintiffs,<br><br>vs.<br><br>**HEMP HOP, LLC; and DOES 1 through 100 inclusive,**<br><br>         Defendants. | Case No.: 2:22-CV-05368-SPG-JPR<br><br>ORDER |

The Above-entitled action comes before the Court on the Voluntary Motion to Dismiss of Plaintiff Black Tie Group, LLC pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court finds that no answer or counterclaim has been filed and that other good cause exist to grant the relief sought herein.

Accordingly, it is ORDERED, ADJUDGED, AND DECREEED that the instant motion is due to be and hereby is GRANTED. The above-entitled action and all causes of action asserted therein are DISMISSED WITHOUT PREJUDICE.

June 8, 2023
Date

_(signature)_
Hon. Sherilyn Peace Garnett
Judge, United States District Court for the Central District of California